UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Billy Chancey,

        Plaintiff

v.

Paramount Pictures Productions,

        Defendant

Case No. 2:25-cv-01654-CDS-MDC

Order Directing Plaintiff to Submit Application to Proceed *in Forma Pauperis* or Pay Filing Fee

Plaintiff Billy Chancey submitted a civil-rights complaint against defendant Paramount Pictures. ECF No. 1-1. Chancey has not, however, paid the required filing fee or requested authority under 28 U.S.C. § 1915 to proceed *in forma pauperis*. To proceed with this case, Chancey must either pay the filing fee or file an application to proceed *in forma pauperis*.

Accordingly, IT IS ORDERED that:

1. The Clerk of the Court is instructed to send Chancey the application to proceed in forma pauperis by an inmate.[1]

2. Chancey must either make the necessary arrangements to pay the filing fee, accompanied by a copy of this order, or file a complete application to proceed in forma pauperis.

3. Chancey must comply with this order no later than October 22, 2025. Failure to do so may result in the dismissal of this action without prejudice.

Dated: September 19, 2025

_____
Cristina D. Silva
United States District Judge

---

[1] Based on the address provided, it appears that Chancey is incarcerated at High Desert State Prison.