UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Billy Chancey, | Case No. 2:25-cv-01654-CDS-MDC |
| Plaintiff | **Order Granting Plaintiff's Motions to Extend Time to Pay the Filing Fee** |
| v. | |
| Paramount Pictures Productions, | |
| Defendant | [ECF Nos. 4, 6] |

Plaintiff Billy Chancey filed a complaint without paying the required filing fee or submitting an application to proceed *in forma pauperis*. I ordered Chancey to either file a complete application or pay the civil case filing fee. Order, ECF No. 3. In response, Chancey filed a motion stating that he sent a brass slip asking the Nevada Department of Corrections to pay the filing fee in full. Mot., ECF No. 4. The following day, Chancey filed a second motion indicating that the filing fee is "on its way." Mot., ECF No. 6. However, to date, the Court has not received Chancey's filing fee.[1] As such, I give Chancey another chance to comply.

It is therefore ordered that Chancey's motions to extend time **[ECF Nos. 4, 6] are GRANTED**. Chancey must pay his filing fee on or before November 21, 2025.

Dated: October 15, 2025

_____
Cristina D. Silva
United States District Judge

---

[1] On October 14, 2025, the Court contacted the finance department to confirm that the filing fee has not been received.