UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Billy Chancey,

                Plaintiff

v.

Paramount Pictures Productions,

                Defendant

Case No. 2:25-cv-01654-CDS-MDC

**Order Accepting the Magistrate Judge's Report and Recommendation**

[ECF No. 20]

Plaintiff Billy Chancey filed a complaint without paying the required filing fee or submitting an application to proceed *in forma pauperis* (IFP). I therefore ordered Chancey to either file an IFP application or pay the civil filing fee. Order, ECF No. 3. In turn, Chancey sought additional time more time to comply, ECF Nos. 4, 6, which I granted, ECF No. 8. After the November 21, 2025 deadline passed without compliance, U.S. Magistrate Judge Maximiliano D. Couvillier issued a report and recommendation (R&R) that I dismiss this case for Chancey's failure to comply. R&R, ECF No. 20.

Chancey had fourteen days—until February 20, 2025—to file any specific, written objections to the magistrate judge's R&R. *Id.* at 3–4 (citing Local Rule IB 3-2 (stating that parties wishing to object to the findings and recommendations must file specific written objections within fourteen days)); *see also* 28 U.S.C. § 636(b)(1)(C) (same). That deadline also passed, and Chancey has not objected to the recommendation of dismissal. The law is clear that "no review is required of a magistrate judge's report and recommendation unless objections are filed." *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Although de novo review is not required, I nonetheless make an independent review here.

Federal law requires a party initiating a civil lawsuit to pay a filing fee and an administrative fee. 28 U.S.C. §§ 1914(a), (b). However, if a plaintiff is unable to pay such fees, 28 U.S.C. § 1915 allows a district court to authorize the commencement of a civil action through an IFP application. 28 U.S.C. § 1915(a)(1). Indeed, a review of the record demonstrates that—despite several opportunities to do so—Chancey did not submit an IFP application or pay the civil filing fee. As a result, Judge Couvillier considered the *Malone v. U.S. Postal Service* factors and found they weighed in favor of dismissal. ECF No. 20 at 2–3 (citing 833 F.2d 128, 130 (9th Cir. 1987)). I agree. So I accept the R&R in its entirety and dismiss this case.

Conclusion

IT IS HEREBY ORDERED that the magistrate judge's report and recommendation [ECF No. 20] **is accepted and adopted in full**.

The Clerk of Court is kindly directed to enter judgment accordingly and close this case.

Dated: March 2, 2026

_____
Cristina D. Silva
United States District Judge